Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

May 17, 2023

Ravi Subramanian, Clerk

By_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR23-5167 BHS |
| Plaintiff, | INDICTMENT |
| v. | |
| JEREMY CRAHAN, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1

### (Conspiracy to Destroy Energy Facilities)

On or about December 25, 2022, at Pierce County, within the Western District of Washington, JEREMY CRAHAN and Matthew Greenwood did knowingly and willfully conspire to damage the property of an energy facility in any amount, and to cause a significant interruption and impairment of a function of an energy facility, namely, the energy facilities known as the Hemlock Substation, the Elk Plain Substation, the Graham Substation, and the Kapowsin Substation.

All in violation of Title 18, United States Code, Section 1366(a).

Indictment - 1
United States v. Crahan
USAO No. 2022R01407

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Destruction of an Energy Facility)

On or about December 25, 2022, at Pierce County, within the Western District of Washington, JEREMY CRAHAN and Matthew Greenwood did knowingly damage, and attempt to damage, the property of an energy facility in any amount, and did cause, and attempt to cause, a significant interruption and impairment of a function of an energy facility, namely, the energy facility known as the Hemlock Substation.

All in violation of Title 18, United States Code, Section 1366(a).

## COUNT 3

### (Destruction of an Energy Facility)

On or about December 25, 2022, at Pierce County, within the Western District of Washington, JEREMY CRAHAN and Matthew Greenwood did knowingly damage, and attempt to damage, the property of an energy facility in any amount, and did cause, and attempt to cause, a significant interruption and impairment of a function of an energy facility, namely, the energy facility known as the Elk Plain Substation.

All in violation of Title 18, United States Code, Section 1366(a).

## COUNT 4

### (Destruction of an Energy Facility)

On or about December 25, 2022, at Pierce County, within the Western District of Washington, JEREMY CRAHAN and Matthew Greenwood did knowingly damage, and attempt to damage, the property of an energy facility in any amount, and did cause, and attempt to cause, a significant interruption and impairment of a function of an energy facility, namely, the energy facility known as the Graham Substation.

All in violation of Title 18, United States Code, Section 1366(a).

//
//
//
//
//

Indictment - 2
*United States v. Crahan*
USAO No. 2022R01407

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 5

### (Destruction of an Energy Facility)

On or about December 25, 2022, at Pierce County, within the Western District of Washington, JEREMY CRAHAN and Matthew Greenwood did knowingly damage, and attempt to damage, the property of an energy facility in any amount, and did cause, and attempt to cause, a significant interruption and impairment of a function of an energy facility, namely, the energy facility known as the Kapowsin Substation.

All in violation of Title 18, United States Code, Section 1366(a).

A TRUE BILL:

DATED:

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
NICHOLAS W. BROWN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

Indictment - 3
United States v. Crahan
USAO No. 2022R01407

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970