UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JEREMY CRAHAN,<br><br>      Defendant. | NO. CR23-5167 DGE<br><br>ORDER CONTINUING TRIAL |

  Having considered the record and the parties' joint motion to continue the trial, the Court FINDS that, for the reasons detailed in the parties' joint motion, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

  IT IS THEREFORE ORDERED that the parties' joint motion to continue the trial date and other dates is GRANTED.

  The trial shall be rescheduled on October 30, 2023, and the pretrial motions deadline shall be September 5, 2023.

  IT IS FURTHER ORDERED that the time between the date of the filing of the parties' joint motion and the new trial date is excluded in computing the time within which trial must commence because the ends of justice served by granting this continuance

outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  Failure to grant this continuance would be likely to result in a miscarriage of justice, and would deny counsel for the defendant the reasonable time necessary for effective preparation for pretrial proceedings and the trial itself, taking into account the exercise of due diligence. *Id.* § (B)(i), (iv).

Dated this ____ day of June, 2023.

_____
DAVID G. ESTUDIO
United States District Judge

Presented by:

*s/ Todd Greenberg*
 Todd Greenberg
Assistant United States Attorney

*s/ Lance M. Hester*
Lance M. Hester
Counsel for Jeremy Crahan