1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT FOR THE
           WESTERN DISTRICT OF WASHINGTON
8                      AT TACOMA
9
10
11   UNITED STATES OF AMERICA,                NO. CR23-5167 DGE

12                          Plaintiff,         ORDER CONTINUING TRIAL

13             v.

14
     JEREMY CRAHAN,
15

16                          Defendant.

17

18          Having considered the record and the parties' joint motion to continue the trial, the

19   Court FINDS that, for the reasons detailed in the parties' joint motion, the ends of justice

20   served by granting a continuance outweigh the best interests of the public and the defendant

21   in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

22          IT IS THEREFORE ORDERED that the parties' joint motion to continue the trial

23   date and other dates is GRANTED.

24          The trial shall be rescheduled on October 30, 2023, and the pretrial motions deadline

25   shall be September 5, 2023.  Pretrial Conference is set for October 20, 2023 at 9:30 a.m.

26          IT IS FURTHER ORDERED that the time between the date of the filing of the

27   parties' joint motion and the new trial date is excluded in computing the time within which

28   trial must commence because the ends of justice served by granting this continuance

Order Continuing Trial
*United States v. Crahan,* CR23-5167 DGE – 1

1  outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §

2  3161(h)(7)(A).  Failure to grant this continuance would be likely to result in a miscarriage of

3  justice, and would deny counsel for the defendant the reasonable time necessary for effective

4  preparation for pretrial proceedings and the trial itself, taking into account the exercise of

5  due diligence. *Id.* § (B)(i), (iv).

6          Dated this 29th day of June, 2023.

7

8

9

10                                              David G. Estudillo
                                                United States District Judge
11

12

13  Presented by:

14

15  *s/ Todd Greenberg*
     Todd Greenberg
16  Assistant United States Attorney

17

18

19  *s/ Lance M. Hester*
     Lance M. Hester
20  Counsel for Jeremy Crahan

21

22

23

24

25

26

27

28

Order Continuing Trial
*United States v. Crahan,* CR23-5167 DGE – 2