The Honorable David G. Estudillo

FILED ____ LODGED
____ RECEIVED
SEP 12 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| UNITED STATES OF AMERICA, | NO. MJ23-5167 DGE |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO SEAL |
| v. | |
| JEREMY CRAHAN, | |
| Defendant. | |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that Exhibit 1 to the Government's Response to Motion for Release from Detention for Medical Attention and ORDER shall remain sealed.

DATED this 12th day of September, 2023.

~~DAVID G. ESTUDILLO~~ Grady J Leupold
~~Chief~~ United States ~~District~~ Magistrate Judge

Presented by:

s/ Todd Greenberg
TODD GREENBERG
Assistant United States Attorney

PROPOSED ORDER TO SEAL – 1
United States v. Crahan, MJ23-5167 DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970