Honorable David G. Estudillo

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR23-5167 DGE |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' SENTENCING MEMORANDUM |
| JEREMY CRAHAN, | |
| Defendant. | |

**I.      Introduction.**

On Christmas Eve 2022, Jeremy Crahan and Matthew Greenwood decided to execute the plan they had been discussing for several days – to knock the power out by damaging electrical substations and then, taking advantage of the darkness and outage, to attempt to burglarize local businesses and ATM machines.

During the early morning hours of Christmas Day, they broke into and extensively damaged three substations, knocking the power out for thousands of local community members in the dead of winter. They took a break during the daylight and then, at about 7:30 p.m., attacked a fourth substation. Following this, they burglarized a local restaurant and stole a small amount of money from the cash register.

All told, Crahan and Greenwood caused $235,699 in damage to the four substations and substantial power outages for over 15,500 customers. For this brazen,

GOVERNMENT'S SENTENCING MEMORANDUM - 1
*United States v. Crahan*, CR23-5167 DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  reckless, and dangerous series of crimes, the government recommends that the Court

2  sentence Crahan to a term of imprisonment of **21 months** and a three-year term of

3  supervised release.

4  **II.      The Sentencing Guidelines Calculations.**

5      The government concurs with the Sentencing Guidelines calculations in the

6  Presentence Report. Specifically, there is a total offense level of 14 and a criminal history

7  category of IV, resulting in an advisory Guidelines range of 27-33 months.

8  **III.     Sentencing Recommendation.**

9      For the reasons set forth herein, the government recommends that the Court

10  sentence Crahan to a term of imprisonment of **21 months** and a term of supervised

11  release of three years, with all the conditions of supervised release recommended by the

12  Probation Office. The various statutory sentencing factors support a custodial sentence of

13  21 months in this case, including, most prominently, the nature and circumstances of the

14  offense; the need for the sentence imposed to reflect the seriousness of the offense, to

15  promote respect for the law, and to provide just punishment; the history and

16  characteristics of the defendant; and the need for the sentence to afford adequate

17  deterrence to criminal conduct.

18      **A. The Nature and Circumstances and Seriousness of the Offense.**

19      Crahan's offenses were extremely serious. He and Greenwood hatched a scheme

20  to commit a series of burglaries; they then took that plan from bad to worse. In

21  furtherance of the burglaries, they broke into and damaged four electrical substations,

22  knocking the power out for thousands of community members on Christmas Day and

23  causing extensive financial damage. This conduct showed a complete disregard for the

24  community and a terrible lack of judgment. Moreover, damaging this sort of sophisticated

25  electrical equipment is extremely dangerous; it is fortunate that no one was injured

26  because of these crimes, including the defendants themselves. *See* PSR ¶ 14 (the

27

GOVERNMENT'S SENTENCING MEMORANDUM - 2
*United States v. Crahan*, CR23-5167 DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

substation equipment was "arcing and sparking"). The Probation Office aptly described Crahan's offenses as: "This conduct was intentional, harmful, and disruptive. It was done in the middle of winter, a time that many people are heating their homes. It was expensive to fix and done with great disrespect for the law and the impact to the community." USPO Sentencing Recommendation at 5.

There are two aspects of Crahan's conduct that are particularly aggravating. First, he and Greenwood sabotaged the fourth substation more than 13 hours after the first three attacks. *See* PSR ¶¶ 11-14 (the attacks took place at 2:39 a.m., 5:30 a.m., 6:00 a.m., and 7:25 p.m.). By that evening, Crahan was fully aware that thousands of customers had lost power during the first three incidents. Nonetheless, even after a substantial "cooling off" period, Crahan went right back out with Greenwood and attacked the fourth substation, causing thousands more customers to lose power.

Second, even after the attacks on Christmas Day, Crahan and Greenwood continued with their plan to knock out the power in furtherance of burglaries. During the following days, FBI agents conducted surveillance of both men and observed them lurking late at night in the vicinity of additional rural power stations. As Greenwood admitted in the sworn factual statement in his Plea Agreement:

> During the next few days, Greenwood and Crahan planned to cause additional power outages, again for the purpose of stealing money from ATM machines and local businesses. Specifically, they planned to fell trees that abutted the main power lines to cause power outages. In furtherance of [t]his plan, Greenwood and Crahan scouted out power lines late at night and brought a chain saw with them. However, they ultimately did not attempt to fell any trees prior to their arrest on the instant charges.

*United States v. Greenwood*, CR23-5097 DGE, Dkt. 56 at 5.

**B. Crahan's Background and Characteristics**

Crahan's personal history and characteristics contain both aggravating and mitigating aspects. His criminal history is an aggravating factor – dating back to 2004

GOVERNMENT'S SENTENCING MEMORANDUM - 3
*United States v. Crahan*, CR23-5167 DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  and including a several convictions for property crimes, Identity Theft, and other serious

2  felony offenses. Moreover, at the time of the offense conduct, Greenwood had two

3  pending state cases involving vehicle prowling, and theft offenses; he failed to appear on

4  both matters and has outstanding bench warrants. PSR ¶¶ 48-49.

5       Crahan "had a good upbringing" (PSR ¶ 53) and an ACE score of 1 (PSR ¶ 68),

6  reflecting that he did not face the sorts of challenges growing up that are so often present

7  in defendants' backgrounds.

8       Crahan does suffer from a variety of legitimate health conditions (PSR ¶ 59-61)

9  and has complained throughout this litigation that he has not received adequate care at the

10  Federal Detention Center. However, as reflected in the Presentence Report, Crahan has

11  consistently made matters worse by refusing to take his prescribed medications and

12  providing false information to medical professionals. *See* PSR 60 (Crahan told the FDC

13  medical staff that outside doctors advised him to stop taking medications; the FDC

14  contacted those doctors who contradicted Crahan).

15       Lastly, Crahan suffers from substance abuse issues involving methamphetamine.

16  This contributed to Crahan's poor judgment and involvement in the offense conduct.

17  //

18  //

19  //

20

21

22

23

24

25

26

27

GOVERNMENT'S SENTENCING MEMORANDUM - 4
*United States v. Crahan*, CR23-5167 DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

**IV.    Conclusion.**

2

        For all these reasons, a sentence of 21 months of imprisonment is the appropriate

3

sentence in this case. A 21-month sentence – which is slightly below the low end of the

4

Guidelines range – accounts for the mitigation in Crahan's background while also

5

recognizing the seriousness of his offenses and the need to provide just punishment for

6

those crimes. The government also recommends that the Court impose a term of three

7

years of supervised release, with all the conditions recommended by the Probation Office.

8

        DATED this 1st day of December, 2023.

9

10

                                        Respectfully submitted,

11

                                        TESSA M. GORMAN
                                        Acting United States Attorney

12

                                         */s Todd Greenberg*
13
                                        TODD GREENBERG
14                                      Assistant United States Attorney
                                        United States Attorney's Office
15                                      700 Stewart Street, Suite 5220
                                        Seattle, Washington 98101-3903
16                                      Facsimile: 206-553-4440
                                        Phone: 206-553-2636
17                                      E-mail: Todd.Greenberg4@usdoj.gov

18

19

20

21

22

23

24

25

26

27