JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 23-CR-5167DGE |
| vs. ) | |
| ) | LETTERS IN SUPPORT |
| JEREMY CRAHAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Attached hereto and incorporated herein by this reference are true and correct copies of letters in support of the defendant, Jeremy Crahan, that the Court is asked to consider at the time of sentencing herein.

DATED this 1st day of December, 2023.

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant


By: /s/ Lance M. Hester
    LANCE M. HESTER
    WSBA #27813

Letters in Support - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

From: Richard Paul Crahan
Date: October 23rd 2023

Your Honor,

From the very beginning when I rocked the boys before bed every night to this minute I have loved my sons. It is a normal thing, loving your kids. When drugs become involved it changes the landscape of what that love looks like. Everything gets turned upside down. When is it right to not support your kid and try to make their life easier if you can? Those questions can have fuzzy answers.

While he stayed with us on ankle monitoring Jeremy has been calming down, not confrontational like he had been for so many years. He's my son and I love him regardless, but trying to understand him could be hard to do. Now that we were given the gift of having him here while he has been working on trying to find his way to a life he can be proud of, it hurts to know he's sitting in prison surrounded by people who are the description of 'peer pressure'.

Jeremy grew up wanting to be Super Man, any character where he could help people called to him. Family has always been important to Jeremy and I want to live to see him being part of our extended large family without reservations.

My wife brought home a persian kitten over a year ago and while he is adorable he was a LOT of work as a young kitten. Just feeding and potty times can inspire books on patients on all parts. When another became available as a rescue, we brought him home thinking Jeremy might raise him. Throughout our lives we have been very involved in animal rescue and Jeremy was always so good with them. Jeremy grew close to the kitten, or maybe it was the kitten to him, but they needed each other. To see all of the empathy and joy that the kitten brought out in him was amazing. What we knew was hard work when raising a super fluffy big blue eyed grumpy baby was not work for Jeremy. They were so much fun to watch together! The tiny kitten would climb Jeremy like a tree and into his arms. Jeremy just grinned and said, 'that's my boy'. Then Jeremy was taken away and put back in jail because he was considered a flight risk for some reason. It was hard on both of them. The kitten spent days searching the house for Jeremy and Jeremy spent a lot of time on the phone to make sure we were taking special care of the baby.

Being able to bond and be part of a group is easy for Jeremy, he has a good heart and can be a great deal of fun to be around. He gets caught up in helping people and I think that his drug use would encourage him to follow people who led him into trouble. If he keeps on the right track going forward he can build himself a life that others can't lead him away from, that is my hope for his future.

Sincerely,

Richard P. Crahan

From: Jana Crahan
Date: October 23rd 2023

Your Honor,

Over Jeremy's life he has had some downfalls that I couldn't explain. It started when he was very young and included a busy intensity mixed with a bright intelligence that made the issues seem to be less of a personal concern and more of something to manage.

In elementary school he was a smart student, but put a lot of pressure on his teachers because he questioned and wanted explanations for everything. Once a teacher sent him to the special education classes with the children needing extra attention to keep up with the main class. Jeremy called me from school in tears, saying his teacher sent him away to the 'slow' class. I asked the teacher if Jeremy was falling behind, and she hesitantly told me, 'no', with no other explanation given. He was returned to his normal class where the teacher allowed him to read magazines about guns while the other kids worked on school work. I tried to understand what was happening and did everything I could to help the situation. It set him off to the side of the class with no structure other than lunch.

Jeremy and his brother were born so close together that for weeks each year they share the same age. His brother was very different from Jeremy, still extremely bright but much calmer and steadier in his behavior. It set up a situation for Jeremy to feel like he was trying to compete with his brother. When a mechanic familiar to some of their friends in Roy befriended the boys, Jeremy's whole personality changed. He'd be calm and steady part of the time and others he would become silly and revved up.

I had no idea drugs were even an option to be concerned about until it was to late to do anything to change it. We had to withdraw him from Junior High at the school's request because we could not make him go to school, or if he went he didn't stay. We were going to be criminally charged for not being able to make him stay at school. That man who befriended them would come pick up the boys from school where they would go to his shop and help him work. Again, this is what I learned after the fact

That was the stage Jeremy was stuck at for many years, being the guy who'd hang around and do whatever he could to help his friends. When you are not working your life revolves around doing what you can to make money, and once Jeremy hit 18 and still wasn't headed in any good direction, the life of drugs became the major lifestyle he surrounded himself with. That began the life of addiction that he never should have been part of.

Of course as parents we blamed ourselves and wracked our brains trying to figure out where we'd gone wrong with Jeremy and tried finding ways for him to dig out. Rather than take the help we offered he'd take any money we offered and fed it back into his lifestyle. His life, when all is said and done, has been that of a lifelong addict.

When Jeremy was arrested on 12/31/2022 and sentenced to home monitoring we were cautiously optimistic. He had learned to push all of our buttons over the decades and while he had matured, we'd been working in Fairbanks, Alaska for all but 2 or 3 months of vacation per year here in Washington for 17 years. We knew there was a chance that it wouldn't work.

To our surprise, and I think to Jeremy's too, it worked! Oh it took time for us to come together, but when Jeremy admitted for the first time that he was an addict, things changed. He was engaged in the drug counseling, he was even sharing things that were starting to make sense to him that had not resonated before. We were respectful of one another and life was looking up. Then he was taken away unexpectedly and put back in jail because he was considered a flight risk. We were so sad to see him go when he'd started to re engage in his life.

He'd had a few 'friends' visit him here a few times and evidently these were the times they brought him drugs. He cut off all contact with all of them prior to going back to jail. I have so much hope that as soon as possible he can get back into intensive drug counseling and find a support group that doesn't involve drugs. Everytime he tried to avoid drugs on his own, money and time were his downfall. I hope and pray that this crime will be the last one he ever has to atone for.

Through all of the ups and downs of Jeremy's life, family has always been important to him. He has pushed the boundaries of what family can manage but to see him come out the other side with a life he enjoys surrounded by people he loves that love him back will make everything worth the journey.

Sincerely,

Jana Crahan

## CERTIFICATE OF SERVICE

Lee Ann Mathews, hereby certifies under penalty of perjury under the laws of the State of Washington, that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the plaintiff and co-defendants, if any, and hereby certify that I have mailed the document by U.S. Postal Service to Jeremy Crahan, defendant.

Signed at Tacoma, Washington this 1st day of December, 2023.

/s/ Lee Ann Mathews
LEE ANN MATHEWS

Letters in Support - 2