PROB 12A
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Person Under Supervision

**Name:** Jeremy Crahan  **Case Number:** 3:23-cr-05167-DGE-2
**Name of Judicial Officer:** The Honorable David G. Estudillo, Chief United States District Judge
**Date of Original Sentence:** 12/08/2023  **Date of Report:** 09/13/2024
**Original Offense:** Conspiracy to Damage Energy Facilities
**Original Sentence:** 18 months' custody, 3 years' supervised release
**Type of Supervision:** Supervised release  **Date Supervision Commenced:** 07/31/2024
**Special Conditions Imposed:**

☒ Substance Abuse ☐ Financial Disclosure ☒ Restitution: $235,699.07
☐ Mental Health ☐ Fine ☐ Community Service
☒ Other: Participate in Moral Reconation Therapy; submit to search

## NONCOMPLIANCE SUMMARY

I allege Jeremy Crahan has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Consuming methamphetamine on or before August 5, 2024, in violation of a mandatory condition of supervised release. |

United States Probation Officer Action:

Mr. Crahan released from the residential reentry center on July 31, 2024, and commenced his term of supervised release that day. On August 5, 2024, he provided a urinalysis that was presumptive positive for amphetamines. When confronted, he said he "slipped up," admitted to consuming methamphetamine, and signed an admission of use form. In response, I referred him for a substance use disorder assessment. He completed the assessment, which recommended outpatient treatment. I spoke to his counselor, who said Mr. Crahan attends and fully participates in sessions and appears motivated to complete treatment. Mr. Crahan's last two urinalyses' were negative.

I advised Mr. Crahan that further noncompliance may result in a punitive sanction.

I consulted with Assistant United States Attorney Todd Greenberg, and he concurs with my recommendation.

I respectfully recommend the Court endorse my actions.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 13th day of September, 2024.

BY:

_____
Nick Bassett
United States Probation Officer

_____
Leona Nguyen
Supervising United States Probation Officer

| | |
|---|---|
| The Honorable David G. Estudillo, Chief United States District Judge | Page 2 |
| Report on Person Under Supervision | September 13, 2024 |

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

September 16, 2024
Date